CO-386
Rev. 10/03

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**<br>**1718 Connecticut Ave., NW**<br>**Suite 200**<br>**Washington, DC 20009**<br><br>**Plaintiff,**<br><br>v.<br><br>**DEPARTMENT OF JUSTICE**<br>**Washington, DC 20530**<br><br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Marc Rotenberg, Esquire (DC Bar #422825)
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009
202-483-1140