UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER,** | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.   **13-1848** ) |
| **DEPARTMENT OF JUSTICE,** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Electronic Privacy Information Center respectfully submits the attached Affidavits of Mailing of Julia Horwitz as proof that service of process has been effected on Defendant, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

                Respectfully submitted,

By:    /s/ Alan Butler_____
        Alan Butler (DC Bar # 1012128)
        ELECTRONIC PRIVACY
        INFORMATION CENTER
        1718 Connecticut Avenue, N.W.
        Suite 200
        Washington, D.C. 20009
        (202) 483-1140 (telephone)
        (202) 483-1248 (facsimile)

Dated: December 11, 2013