CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
_____
    Plaintiff(s)

Civil Action No. __13-1848__

vs.

## DEPARTMENT OF JUSTICE
_____
    Defendant(s)

### AFFIDAVIT OF MAILING

I, __JULIA HORWITZ_____, hereby state that:

On the __2nd__ day of __December__, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-001

I have received the receipt for the certified mail, No. __70122920000004366914__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __9th__ day of __December__, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__December 11, 2013__             _/s/ Julia Horwitz_
  (Date)                                                       (Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
          Plaintiff(s)

Civil Action No. 13-1848

vs.

## DEPARTMENT OF JUSTICE
          Defendant(s)

### AFFIDAVIT OF MAILING

I, JULIA HORWITZ, hereby state that:

On the 2nd day of December, 2013, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

United States Attorney for the District of Columbia, c/o Civil Process Clerk, 555 4th St. NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 70122920000004366938 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 9th day of December, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

December 11, 2013
(Date)

_____
(Signature)

CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER
_____
　　　　Plaintiff(s)

Civil Action No. __13-1848__

vs.

## DEPARTMENT OF JUSTICE
_____
　　　　Defendant(s)

## AFFIDAVIT OF MAILING

I, __JULIA HORWITZ_____, hereby state that:

On the __2nd____ day of __December_____, __2013__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Attorney General for the United States of America, Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-001

I have received the receipt for the certified mail, No. __70122920000004366921__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __9th____ day of __December_____, __2013__.

I declare under penalty of perjury that the foregoing is true and correct.

__December 11, 2013__　　　　　　　　　　　　　　　　_/s/ Julia Horwitz_____
　　　(Date)　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature)

English　　Customer Service　　USPS Mobile　　　　　　　　　　Register / Sign In

**≡USPS.COM**　　　　　　　　　　Search USPS.com or Track Packages

Quick Tools
　　　　　　　Find　　Ship a Package　　Send Mail　　Manage Your Mail　　　　Business Solutions
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Find ZIP Code
Hold Mail
Change of Address

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70122920000004366914

Scheduled Delivery Day: December 3, 2013

### Product & Tracking Information

Postal Product:　　　　　　Features:
First-Class Mail®　　　　　 Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 9, 2013, 4:38 am | Delivered | WASHINGTON, DC 20530 |
| December 8, 2013, 10:26 am | Available for Pickup | WASHINGTON, DC 20530 |
| December 8, 2013, 10:00 am | Arrival at Unit | WASHINGTON, DC 20018 |
| December 3, 2013, 8:54 pm | Processed through USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 9:45 pm | Processed at USPS Origin Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 5:50 pm | Dispatched to Sort Facility | WASHINGTON, DC 20009 |
| December 2, 2013, 4:56 pm | Acceptance | WASHINGTON, DC 20009 |

### Available Options
Email Updates

### Track Another Package
What's your tracking (or receipt) number?

　　　　　　　　　　　　　　Track It

LEGAL　　　　　　　ON USPS.COM
Privacy Policy ›　　　Government Services ›
Terms of Use ›　　　Buy Stamps & Shop ›



**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530
OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.12 | 0277 |
| Certified Fee | $3.10 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.22 | 12/02/2013 |

Sent To: DEPARTMENT OF JUSTICE
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave, NW
City, State, ZIP+4: WASHINGTON, DC 20530-001

PS Form 3800, August 2006　　See Reverse for Instructions

7012 2920 0000 0434 6914

1 of 2

English | Customer Service | USPS Mobile | Register / Sign In

**USPS.COM**

Quick Tools
- Track
- Find USPS Locations
- Buy Stamps
- Schedule a Pickup
- Find a ZIP Code
- Hold Mail
- Change of Address

Find | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

Search USPS.com or Track Packages

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70122920000004366938

Scheduled Delivery Day: December 3, 2013

### Product & Tracking Information

Postal Product: First-Class Mail®
Features: Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 9, 2013, 4:38 am | Delivered | WASHINGTON, DC 20530 |
| December 8, 2013, 10:26 am | Available for Pickup | WASHINGTON, DC 20530 |
| December 8, 2013, 10:07 am | Arrival at Unit | WASHINGTON, DC 20018 |
| December 3, 2013, 8:52 pm | Processed through USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 9:45 pm | Processed at USPS Origin Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 5:50 pm | Dispatched to Sort Facility | WASHINGTON, DC 20009 |
| December 2, 2013, 4:56 pm | Acceptance | WASHINGTON, DC 20009 |

### Available Options

Email Updates

### Track Another Package

What's your tracking (or receipt) number?

Track It

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530  OFFICIAL USE

| | | |
|---|---|---|
| Postage | $1.12 | 0277 |
| Certified Fee | $3.10 | 06 |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.22 | 12/02/2013 |

7012 2920 0000 0436 6938

Sent To: UNITED STATES ATTORNEY FOR THE DISTRICT OF COLUMBIA
Street, Apt. No.; or PO Box No. c/o CIVIL PROCESS CLERK, 555 4th St. NW
City, State, ZIP+4 WASHINGTON, DC 20530

PS Form 3800, August 2006                See Reverse for Instructions

LEGAL
Privacy Policy ›
Terms of Use ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›

ON ABOUT.US
About USPS ›
Newsroom ›

English     Customer Service     USPS Mobile        Register / Sign In

**USPS.COM**     Search USPS.com or Track Packages

Quick Tools
Track
Find USPS Locations
Buy Stamps
Schedule a Pickup
Find a ZIP Code
Hold Mail
Change of Address

Ship a Package    Send Mail    Manage Your Mail    Business Solutions

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

Tracking Number: 70122920000004366921

Scheduled Delivery Day: December 3, 2013

### Product & Tracking Information

Postal Product:     Features:
First-Class Mail®     Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 9, 2013, 4:38 am | Delivered | WASHINGTON, DC 20530 |
| December 8, 2013, 10:26 am | Available for Pickup | WASHINGTON, DC 20530 |
| December 8, 2013, 10:00 am | Arrival at Unit | WASHINGTON, DC 20018 |
| December 3, 2013, 9:57 pm | Processed through USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | KEARNY, NJ 07099 |
| December 3, 2013 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 9:45 pm | Processed at USPS Origin Sort Facility | GAITHERSBURG, MD 20898 |
| December 2, 2013, 5:50 pm | Dispatched to Sort Facility | WASHINGTON, DC 20009 |
| December 2, 2013, 4:55 pm | Acceptance | WASHINGTON, DC 20009 |

### Available Options
Email Updates

### Track Another Package
What's your tracking (or receipt) number?

Track It

LEGAL     ON USPS.COM     ON ABOUT.US
Privacy Policy ›     Government Services ›     About USPS H(
Terms of Use ›     Buy Stamps & Shop ›     Newsroom ›

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20530 OFFICIAL USE

| | | |
| --- | --- | --- |
| Postage | $1.12 | 0277 |
| Certified Fee | $3.10 | 06 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $0.00 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $4.22 | 12/02/2013 |

7012 2920 0000 0436 6921

Sent To ATTORNEY GENERAL FOR THE USA, DEP'T OF JUSTICE
Street, Apt. No.; or PO Box No. 950 PENNSYLVANIA AVE, NW
City, State, ZIP+4 WASHINGTON, DC 20530-001