UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) ) DEPARTMENT OF JUSTICE, ) ) Defendant. ) ) ) | Civil Action No. 13-1848-BAH |

## JOINT STATUS REPORT

Pursuant to Paragraph 3.b.ii of the Court's Standing Order for Civil Cases, Nov. 26, 2013, ECF No. 5, the parties have conferred and hereby submit this joint status report in this action under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The Department of Justice has yet to make a final determination about Plaintiff's FOIA request seeking "All final legal analyses, memoranda, and opinions regarding the PRISM program, including, but not limited to, records addressing the Foreign Intelligence Surveillance Act, 50 U.S.C. §§ 1801 *et. seq.*, and the Fourth Amendment to the U.S. Constitution." The Office of Legal Counsel ("OLC"), the Department of Justice component to which that request was submitted, anticipates that it will complete processing Plaintiff's FOIA request by Friday, March 21, 2014.

The parties have conferred and propose the following briefing schedule for dispositive motions:

Defendant's Motion for Summary Judgment            May 23, 2014

| | |
|---|---|
| Plaintiff's Cross-Motion/Opposition | June 27, 2014 |
| Defendant's Opposition/Reply | July 25, 2014 |
| Plaintiff's Reply | August 8, 2014 |

In the event the parties are able to resolve their issues and dispositive briefing is obviated, the parties will so advise the Court on or before May 23, 2014.

Dated:  January 22, 2014                                    Respectfully submitted,

MARC ROTENBERG                                          STUART F. DELERY
Executive Director                                              Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director
Civil Division

*/s/Alan Jay Butler*                                              */s/ Jacqueline Coleman Snead*
ALAN JAY BUTLER                                           JACQUELINE COLEMAN SNEAD
(DC Bar # 1012128)                                            (D.C. Bar #459548)
Appellate Advocacy Counsel                             Senior Counsel
Electronic Privacy Information Center           United States Department of Justice
1718 Connecticut Avenue, N.W.                      Civil Division,
Suite 200                                                             Federal Programs Branch
Washington, D.C. 20009                                   20 Massachusetts Ave, NW
Tel: (202) 483-1140                                           Washington, DC 20530
Fax: (202) 483-1248                                           Tel: (202) 514-3418
butler@epic.org                                                  Fax: (202) 616-8470
                                                                             Jacqueline.Snead@usdoj.gov

**Counsel for EPIC**                                          **Counsel for Department of Justice**