# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

ELECTRONIC PRIVACY INFORMATION  )
CENTER,                         )
                                )
    Plaintiff,              )
                                )
      v.                  )  Civil Action No. 13-1848-BAH
                                )
                                )
DEPARTMENT OF JUSTICE,          )
                                )
    Defendant.              )
                                )
_____)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the

parties, by and through their undersigned counsel, hereby stipulate to the dismissal of this

action with prejudice.  Each party shall bear its own attorney fees and costs.

Dated:  April 10, 2014           Respectfully submitted,

MARC ROTENBERG           STUART F. DELERY
Executive Director             Assistant Attorney General

                                     ELIZABETH J. SHAPIRO
                                     Deputy Branch Director
                                     Civil Division

*/s/Alan Jay Butler*           /s/ Jacqueline Coleman Snead
ALAN JAY BUTLER           JACQUELINE COLEMAN SNEAD
(DC Bar # 1012128)           (D.C. Bar #459548)
Appellate Advocacy Counsel           Senior Counsel
Electronic Privacy Information Center    United States Department of Justice
1718 Connecticut Avenue, N.W.           Civil Division,
Suite 200                          Federal Programs Branch
Washington, D.C. 20009           20 Massachusetts Ave, NW
Tel: (202) 483-1140           Washington, DC 20530
Fax: (202) 483-1248           Tel: (202) 514-3418

butler@epic.org

**Counsel for EPIC**

Fax: (202) 616-8470
Jacqueline.Snead@usdoj.gov

**Counsel for the Department of Justice**